**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | MIMOSAS A CALI LIFE LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA Mimosas<br>DBA Story Anaheim |
| 3. | Debtor's federal Employer Identification Number (EIN) | 86-2843302 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8150 E. Santa Ana Canyon Road<br>Anaheim, CA 92808<br>Number, Street, City, State & ZIP Code | 10740 Jordan Road<br>Whittier, CA 90603<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Orange<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    www.storyanaheim.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   MIMOSAS A CALI LIFE LLC _____    Case number (*if known*) _____
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7225__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ☒ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor   See Attachment          Relationship _____
    District _____   When _____    Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor  **MIMOSAS A CALI LIFE LLC**  Case number (*if known*) _____
_____ Name

**11. Why is the case filed in this district?**  Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☒ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**
☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor __MIMOSAS A CALI LIFE LLC__    Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 12, 2025__
              MM / DD / YYYY

X _____/s/ signature_____     __Chad R. Reinhardt__
Signature of authorized representative of debtor    Printed name

Title __Managing Member__

**18. Signature of attorney**

X __/s/ David M. Goodrich__    Date __June 12, 2025__
Signature of attorney for debtor            MM / DD / YYYY

__David Goodrich__
Printed name

__Golden Goodrich LLP__
Firm name

__3070 Bristol Street, Suite 640__
__Costa Mesa, CA 92626__
Number, Street, City, State & ZIP Code

Contact phone __714-966-1000__    Email address __Cyoshonis@go2.law__

__208675 CA__
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Debtor  MIMOSAS A CALI LIFE LLC _____  Case number (*if known*) _____
         Name

Fill in this information to identify the case:

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number (*if known*) _____    Chapter  11

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Benny and Marys Irvine, LLC | | Relationship to you | | Affiliate |
| District | Central District, Lost Angeles | When | 6/6/25 | Case number, if known | 2:25-bk-14839-NB |
| Debtor | Dog Robber Inc. | | | Relationship to you | Affiliate |
| District | Central District, Los Angeles | When | 6/6/25 | Case number, if known | 2:25-bk-14827-NB |

**Fill in this information to identify the case:**

Debtor name  MIMOSAS A CALI LIFE LLC

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 12, 2025            X /s/ Chad R. Reinhardt
                                        Signature of individual signing on behalf of debtor

                                        Chad R. Reinhardt
                                        Printed name

                                        Managing Member
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: MIMOSAS A CALI LIFE LLC
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| California Dept. of Tax and Fee Administration Account Information Group MIC: 29 Sacramento, CA 94278-0029 | | Tax | | | | $50,861.04 |
| California Dept. of Tax and Fee Administration Account Information Group MIC: 29 Sacramento, CA 94278-0029 | | Tax | | | | $33,119.51 |
| California Dept. of Tax and Fee Administration Account Information Group MIC: 29 Sacramento, CA 94278-0029 | | Tax | | | | $29,809.00 |
| Dog Robber Inc. 10740 Jordan Road Whittier, CA 90603 | | Loans | | | | $0.00 |
| Employment Development Department Lien Group, MIC 92G PO Box 826880 Sacramento, CA 94280-0001 | | Lien on all personal property | | $41,281.28 | $0.00 | $41,281.28 |

Debtor  **MIMOSAS A CALI LIFE LLC**  
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Tax | | | | $185,164.84 |
| LA Floresta Regency, LLC c/o Regency Centers Corporation One Dependant Drive Suite 114 Jacksonville, FL 32202-5219 | | Rent | | | | $55,856.76 |
| NewCo Capital Group LLC C/O Michael K. Johnson, Esq. Piekarski Law PLLC 1 Whitehall St., 2nd Floor New York 10004 | | | Disputed | $1,052,385.24 | $0.00 | $1,052,385.24 |
| NewCo Capital Group LLC C/O Michael K. Johnson, Esq. Piekarski Law PLLC 1 Whitehall St., 2nd Floor New York 10004 | | | | $300,000.00 | $0.00 | $300,000.00 |
| Prudential Overall Supply Attn: Manager PO Box 511886 Los Angeles, CA 90051 | | Vendor | | | | $13,568.49 |
| Restaurant Refrigeration Rentals Attn: Manager 6224 Cherry Ave. Long Beach, CA 90805 | | Refrigeration Rentals | | | | $4,180.00 |
| Toast Downey, LLC 467 Stonewood Street Downey, CA 90241 | | Loans | | | | $56,944.16 |

California Dept. of Tax and Fee
Administration
Account Information Group MIC: 29
Sacramento, CA 94278-0029


Chad Reinhardt
10740 Jordan Road
Whittier, CA 90603


Cynthia Vigil
10740 Jordan Road
Whittier, CA 90603


Cynthia Vigil
16435 Whittier Blvd.
Whittier, CA 90603


Dog Robber Inc.
10740 Jordan Road
Whittier, CA 90603


Employment Development Department
Lien Group, MIC 92G
PO Box 826880
Sacramento, CA 94280-0001


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


LA Floresta Regency, LLC
c/o Regency Centers Corporation
One Dependant Drive Suite 114
Jacksonville, FL 32202-5219

NewCo Capital Group LLC
C/O Michael K. Johnson, Esq.
Piekarski Law PLLC 1 Whitehall St., 2nd
New York 10004


Orkin Services of California, Inc.
555 West Lambert Road, Unit G
Brea, CA 92821


OTR/ Anaheim Hills Festival
Attn: Director of Real Estate Assets
275 E. Broad Street
Columbus, OH 43215


Prudential Overall Supply
Attn: Manager
PO Box 511886
Los Angeles, CA 90051


Restaurant Refrigeration Rentals
Attn: Manager
6224 Cherry Ave.
Long Beach, CA 90805


The Benediction by Toast
11119 1st Avenue
Whittier, CA 90603


The Benediction Social Eatery
11119 1st Avenue
Whittier, CA 90603


The Dylan
11119 1st Avenue
Whittier, CA 90603

The Dylan Social Eatery
11119 1st Street
Whittier, CA 90603


Toast Coffee and Juice
11119 1st Avenue
Whittier, CA 90603


Toast Downey, LLC
467 Stonewood Street
Downey, CA 90241


Toast Whittier
11119 1st Avenue
Whittier, CA 90603


US Foods, Inc.
Attn: Officer
15155 Northam Street
La Mirada, CA 90638


US Foods, Inc.
Attn: Legal-Customer Agreements
9399 West Higgins Road
Des Plaines, IL 60018